# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D19-674

———————————————

H.S., natural father of E.R.S-R.,
Minor Child,

Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

July 30, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and WOLF and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Ryan Thomas Truskoski of Ryan Thomas Truskoski, P.A., Orlando, for Appellant.

Sarah J. Rumph of Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.

Thomasina F. Moore and Sara Elizabeth Goldfarb of Guardian ad Litem Program, Tallahassee, and Anthony C. Musto of Guardian ad Litem Program, Hallandale Beach, for Guardian ad Litem Program.